**Fill in this information to identify the case:**

United States Bankruptcy Court for the:
WESTERN District of TEXAS
(State)

Case number (If known): _____ Chapter 11

☐ Check if this is an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy     04/19

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

1. **Debtor's name** — Remnant Oil Operating, LLC

2. **All other names debtor used in the last 8 years**
   Include any assumed names, trade names, and *doing business as* names
   — WS Oil and Gas Operating LLC

3. **Debtor's federal Employer Identification Number (EIN)** — 47 – 5220355

4. **Debtor's address**

   **Principal place of business**
   6 Desta Drive
   Number   Street
   Suite 5100
   Midland    TX    79705
   City    State    ZIP Code

   Midland
   County

   **Mailing address, if different from principal place of business**
   Number   Street
   _____
   P.O. Box
   City    State    ZIP Code

   **Location of principal assets, if different from principal place of business**
   Number   Street
   _____
   City    State    ZIP Code

5. **Debtor's website (URL)** — https://www.remnantoil.com/

6. **Type of debtor**
   ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   ☐ Partnership (excluding LLP)
   ☐ Other. Specify: _____

Official Form 201    Voluntary Petition for Non-Individuals Filing for Bankruptcy    page 1

American LegalNet, Inc.
www.FormsWorkFlow.com

Debtor __Remnant Oil Operating, LLC__  Case number (if known) _____
      Name

7. **Describe debtor's business**

   A. *Check one:*

   ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
   ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101 (51B))
   ☐ Railroad (as defined in 11 U.S.C. § 101(44))
   ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
   ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
   ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
   ☒ None of the above

   B. *Check all that apply:*

   ☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
   ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
   ☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

   C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

   _____

8. **Under which chapter of the Bankruptcy Code is the debtor filing?**

   *Check one:*

   ☐ Chapter 7
   ☐ Chapter 9
   ☒ Chapter 11. *Check all that apply:*

   ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625 (amount subject to adjustment on 4/01/22 and every 3 years after that).

   ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ☐ A plan is being filed with this petition.

   ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

   ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

   ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

   ☐ Chapter 12

9. **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

   ☒ No
   ☐ Yes. District _____ When __/__/____ Case number _____
                                MM / DD / YYYY

   If more than 2 cases, attach a separate list.

   District _____ When __/__/____ Case number _____
                     MM / DD / YYYY

10. **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

    ☐ No
    ☒ Yes. Debtor __Remnant Oil Company, LLC__   Relationship __affiliate__
          District __Western__                  When __herewith__
                                                     MM / DD / YYYY

    List all cases. If more than 1, attach a separate list.

    Case number, if known _____

Official Form 201  Voluntary Petition for Non-Individuals Filing for Bankruptcy  page **2**

American LegalNet, Inc.
www.FormsWorkFlow.com

Debtor  **Remnant Oil Operating, LLC**　　　　　　　Case number (if known) _____
　　　　Name

**11. Why is the case filed in *this district*?**

Check all that apply:

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
　　What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
　　　　　　　　　　　　　Number　　　Street

_____
City　　　　　　　　　　　　　　　State　　ZIP Code

**Is the property insured?**

☐ No
☐ Yes. Insurance agency _____

Contact name _____

Phone _____

### Statistical and administrative information

**13. Debtor's estimation of available funds**

Check one:

☒ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

☐ 1-49　　　　　☐ 1,000-5,000　　　　☐ 25,001-50,000
☐ 50-99　　　　 ☐ 5,001-10,000　　　 ☐ 50,001-100,000
☐ 100-199　　　 ☐ 10,001-25,000　　　☐ More than 100,000
☒ 200-999

**15. Estimated assets**

☐ $0-$50,000　　　　　　☐ $1,000,001-$10 million　　　☐ $500,000,001-$1 billion
☐ $50,001-$100,000　　　☐ $10,000,001-$50 million　　 ☐ $1,000,000,001-$10 billion
☒ $100,001-$500,000　　 ☐ $50,000,001-$100 million　　☐ $10,000,000,001-$50 billion
☐ $500,001-$1 million　 ☐ $100,000,001-$500 million　 ☐ More than $50 billion

Official Form 201　　　　　Voluntary Petition for Non-Individuals Filing for Bankruptcy　　　　　page **3**


American LegalNet, Inc.
www.FormsWorkFlow.com

Debtor __Remnant Oil Operating, LLC__  Case number (if known) _____
      Name

**16. Estimated liabilities**
- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million
- ☒ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

### Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.
- I have been authorized to file this petition on behalf of the debtor.
- I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __07/16/2019__
            MM / DD / YYYY

X _/s/ E. W. Gray II_  __E. Will Gray II__
Signature of authorized representative of debtor  Printed name

Title __Manager__

**18. Signature of attorney**

X __/s/ Bernard R. Given II__  Date __07/16/2019__
Signature of attorney for debtor  MM / DD / YYYY

__Bernard R. Given II__
Printed name

__Loeb & Loeb LLP__
Firm name

__10100__ __Santa Monica Blvd., Suite 2200__
Number  Street

__Los Angeles__  __CA__  __90067__
City  State  ZIP Code

__310-282-2000__  __bgiven@loeb.com__
Contact phone  Email address

__07990180__  __Texas__
Bar number  State

# REMNANT OIL OPERATING, LLC
## A TEXAS LIMITED LIABILITY COMPANY

## CERTIFICATE OF COMPANY RESOLUTIONS

The undersigned hereby certifies that he is the Manager of Remnant Oil Operating, LLC, a Texas limited liability company (the "Company").

**WHEREAS**, the Manager consents to the adoption of the resolutions set forth herein by written consent and to the taking of any and all actions by E. Will Gray II, Marquis Reed Gilmore, Jr. (together, the "Authorized Representatives"), the Company, and the Company's employees and representatives necessary or appropriate to give effect to such resolutions and directs that his consent be placed in the minutes and records of the Company.

**WHEREAS**, the Manager consents to the adoption of the resolutions set forth herein by written consent and to the taking of all actions by the Authorized Representatives, the Company, and the Company's employees and representatives necessary or appropriate to give effect to such resolutions and directs that his consent be placed in the minutes and records of the Company.

NOW, THEREFORE, BE IT

**RESOLVED**, that, in order to ensure a fiscally sound restructuring, the Manager has determined that it is in the Company's best interest for the Company to file for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code"), to be filed as and at such time as the Manager deems appropriate; and

**RESOLVED**, that the Authorized Representatives and the Company's employees and representatives are authorized to proceed with the preparation and filing of a voluntary petition for relief under chapter 11 of the Bankruptcy Code for the Company, to be filed as and at a time the Manager deems appropriate; and

**RESOLVED**, that the law firm of Loeb & Loeb LLP be, and hereby is, retained as attorneys for the Company to advise the Company in and in connection with its chapter 11 bankruptcy filing, subject to approval (for services rendered after the filing of a bankruptcy petition) of the Bankruptcy Court, and the retention of Loeb & Loeb LLP to perform all services rendered to date in aid of the Company's prospective chapter 11 filing and otherwise is hereby ratified in all respects; and

**RESOLVED,** that the Company is hereby authorized to and approved to enter into a Debtor in Possession financing agreement and all documents ancillary thereto (the "DIP Loan Documents") (such approval to be evidenced by the signature thereon of such Authorized Representative or his designee) after and in connection with the Company's bankruptcy filing, pursuant to which the Company shall be authorized to borrow money secured by substantially all of the Company's assets, subject to the terms of the DIP Loan Documents and approval of the Bankruptcy Court; and

17902636.1
233559-10001

**RESOLVED,** that the Authorized Representatives, and any other Company employee or representative (including, without limitation, Loeb & Loeb LLP) designated by the Manager, is authorized to negotiate with the Company's creditors and prepare and propose the terms of a plan of reorganization or other creditor treatment as he (or his designees) may deem to be feasible and in the best interest of the Company and its creditors; and

**RESOLVED,** that the Authorized Representatives are hereby specifically authorized: (i) to prepare and file (or to have prepared and filed) on behalf of the Company a petition for relief under chapter 11 of the Bankruptcy Code; (ii) to execute on behalf of the Company such petitions, schedules and statements as he may deem necessary or appropriate in connection therewith; and (iii) to execute such further documents and do such further acts as the Authorized Representatives may deem necessary or appropriate with respect to the foregoing, or any of the other resolutions set forth herein, including the filing of any petition or motion for relief under any other chapter of the Bankruptcy Code, the execution of any document or the doing of any act by the Authorized Representatives or their designees in connection with such proceedings to be conclusively presumed to be authorized; and

**RESOLVED,** that the Authorized Representatives are authorized to authorize and/or direct the filing by Loeb & Loeb LLP of any paper, pleading or other document, or the taking of any other action by Loeb & Loeb LLP, that he may deem necessary or appropriate in connection with the Company's chapter 11 case or restructuring efforts; and

**RESOLVED,** that the Authorized Representatives be, and hereby are, authorized on behalf of the Company to take any and all actions, to execute, deliver, certify, file and/or record and perform any and all documents, agreements, instruments, motions, affidavits, applications for approval or rulings of governmental or regulatory authorities or certificates and to take any and all steps, including the payment of any costs, fees or expenses, deemed by the Authorized Representatives to be necessary or desirable to carry out the purposes and intent of each of the foregoing resolutions and to effectuate a successful chapter 11 case; and

**RESOLVED,** that any and all actions heretofore taken by the Authorized Representatives or their designees, including without limitation any Company employee or representative, in the name and on behalf of the Company in furtherance of the purpose and intent of any or all of the foregoing resolutions, be, and hereby are, ratified, confirmed and approved in all respects; and

**RESOLVED,** that any authority of the Authorized Representatives as authorized herein may be exercised and taken by each Authorized Representative, acting without the other.

The undersigned further certifies that the foregoing resolutions are in full force and effect on the date hereof as resolutions duly adopted by the Manager and have been in full force and effect at all times subsequent to their adoption, not having been amended, repealed or modified.

17902636.1
233559-10001

2

IN WITNESS WHEREOF, the undersigned has executed this certificate, as of July 3, 2019.

_____
E. Will Gray II

[Signature page to Remnant Oil Operating, LLC Certificate of Company Resolutions]

| Fill in this information to identify the case and this filing: |
|---|
| Debtor Name **Remnant Oil Company, LLC et al.** |
| United States Bankruptcy Court for the: **Western** District of **Texas** (State) |
| Case number (If known): _____ |

## Official Form 202
## Declaration Under Penalty of Perjury for Non-Individual Debtors 12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ Schedule A/B: Assets–Real and Personal Property (Official Form 206A/B)
- ☐ Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)
- ☐ Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)
- ☐ Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)
- ☐ Schedule H: Codebtors (Official Form 206H)
- ☐ Summary of Assets and Liabilities for Non-Individuals (Official Form 206Sum)
- ☐ Amended Schedule ____
- ☐ Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders (Official Form 204)
- ☒ Other document that requires a declaration **Consolidated List of Creditors Who Have the 30 Largest Unsecured Claims and Are Not Insiders**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **07/16/2019**       X _____
MM / DD / YYYY                        Signature of individual signing on behalf of debtor

                                       **E. Willard Gray II**
                                       Printed name

                                       **Chief Executuive Officer**
                                       Position or relationship to debtor

Official Form 202     Declaration Under Penalty of Perjury for Non-Individual Debtors

| **Fill in this information to identify the case:** |
|---|
| **Debtor name:** Remnant Oil Company, LLC and Remnant Oil Operating, LLC |
| **United States Bankruptcy Court for the:** Western District of Texas |
| **Case number (if known):** 19-_____ |

☐ Check if this is an amended filing

Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 30 Largest Unsecured Claims and Are Not Insiders, on a Consolidated Basis     12/15

A list of creditors holding the 30 Largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 30 Largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent unliqui-dated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | KODIAK GAS SERVICES LLC<br>PO BOX 732235<br>DALLAS TX 75373-2235 | SALES@KODIAKGAS.COM<br>Tel: 936-539-3300<br>Fax: 936-539-3301 | TRADE PAYABLE | ☐ C<br>☑ U<br>☐ D | | | $3,300,000.00 |
| 2 | BAKER HUGHES INC<br>PO BOX 301057<br>DALLAS TX 75303-1057 | WILL MARSH, CHIEF LEGAL OFFICER | TRADE PAYABLE | ☐ C<br>☐ U<br>☐ D | | | $444,574.06 |
| 3 | RELIABLE WELL SERVICE INC<br>512 W TEXAS<br>ARTESIA NM 88210 | DAVID BARRETT, PRESIDENT<br>Tel: 575-513-0145 | TRADE PAYABLE | ☐ C<br>☐ U<br>☐ D | | | $288,460.88 |
| 4 | PRECISION PUMP & SUPPLY<br>PO BOX 115<br>LOCO HILLS NM 88255 | ROBERT DENNIS, OWNER<br>Tel: 575-677-2239 | TRADE PAYABLE | ☐ C<br>☐ U<br>☐ D | | | $235,882.44 |
| 5 | KEL-TECH INC<br>DEPT 3426<br>DALLAS TX 75312 | INFO@KELTECHINC.COM<br>Tel: 432-684-4700<br>Fax: 432-686-8000 | TRADE PAYABLE | ☐ C<br>☐ U<br>☑ D | | | $218,933.47 |
| 6 | MESA WELL SERVICING, LP<br>PO BOX 1620<br>HOBBS NM 88241 | Tel: 575-393-1042 | TRADE PAYABLE | ☐ C<br>☑ U<br>☐ D | | | $146,241.28 |
| 7 | TWIN STARS COMPRESSION LLC<br>100 IOWA<br>BLOOMFIELD NM 87413 | ROGER ARMSTRONG, PRESIDENT<br>Tel: 505-632-9202<br>Fax: 505-632-2723 | TRADE PAYABLE | ☐ C<br>☐ U<br>☐ D | | | $110,063.94 |
| 8 | ZIMMERMAN OIL INC<br>PO BOX 397<br>LOVINGTON NM 88260 | ZAC ZIMMERMAN, PRESIDENT<br>Tel: 575-396-7214 | TRADE PAYABLE | ☐ C<br>☐ U<br>☑ D | | | $96,127.16 |

Official Form 204     Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 30 Largest Unsecured Claims     Page 1

Debtor **Remnant Oil Company, LLC and Remnant Oil Operating, LLC**     Case number *(if known)* **19-\_\_\_\_\_**

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent unliqui-dated, or disputed | Amount of unsecured claim | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | EUNICE PUMP & SUPPLY LLC<br>PO BOX 1468<br>EUNICE NM 88231-1468 | SCOTT BATEMAN<br>Tel: 575-394-4012 | TRADE PAYABLE | ☐ C<br>☐ U<br>☐ D | | | $95,697.45 |
| 10 | ARTS HOT OIL SERVICES LLC<br>PO BOX 188<br>LOVINGTON NM 88260-0188 | ARTURO R CARRASCO, PRINCIPAL<br>Tel: 575-602-1935 | TRADE PAYABLE | ☐ C<br>☐ U<br>☐ D | | | $90,302.31 |
| 11 | ONO'S SANDBLASTING & PAINTING LLC<br>PO BOX 3790<br>HOBBS NM 88241-3790 | Tel: 575-397-6142 | TRADE PAYABLE | ☐ C<br>☐ U<br>☐ D | | | $75,153.36 |
| 12 | MODRALL SPERLING ROEHL HARRIS & SISK PA<br>PO BOX 2168<br>ALBUQUERQUE NM 87103-2168 | CONTACT@MODRALL.COM<br>Tel: 505-848-1801 | TRADE PAYABLE | ☐ C<br>☐ U<br>☐ D | | | $68,092.17 |
| 13 | SEALE ENERGY PARTNERS LP<br>14942 SANDALFOOT ST<br>HOUSTON TX 77095 | Tel: 281-463-7989 | TRADE PAYABLE | ☐ C<br>☐ U<br>☐ D | | | $65,906.00 |
| 14 | JORDAN-RUBICON RESOURCES LLC<br>1306 WEST TEXAS AVE<br>MIDLAND TX 79701 | TOM FEKETE, PRESIDENT<br>Tel: 432-686-1808 | TRADE PAYABLE | ☐ C<br>☐ U<br>☐ D | | | $61,060.00 |
| 15 | ALLIANCE WELL SERVICE LLC<br>PO BOX 1807<br>ARTESIA NM 88211 | Tel: 806-632-3890 | TRADE PAYABLE | ☐ C<br>☐ U<br>☐ D | | | $60,093.54 |
| 16 | BORDAYO TRUCKING<br>PO BOX 3302<br>HOBBS NM 88242-3302 | ELIBERTO BORDAYO, OWNER<br>Tel: 575-706-5628 | TRADE PAYABLE | ☐ C<br>☐ U<br>☐ D | | | $57,479.00 |
| 17 | DOUBLE R TRANSPORTATION LLC<br>PO DRAWER 1060<br>JAL NM 88252 | RICARDO RODRIGUEZ<br>Tel: 575-395-2622 | TRADE PAYABLE | ☐ C<br>☐ U<br>☐ D | | | $56,326.68 |
| 18 | BANK OF AMERICA<br>475 CROSS POINT<br>GETZVILLE NY 14068-9000 | BANKRUPTCY DEPT | TRADE PAYABLE | ☐ C<br>☐ U<br>☐ D | | | $49,741.17 |
| 19 | DMC OILFIELD SERVICES LLC<br>PO BOX 1890<br>HOBBS NM 88241 | Tel: 575-391-0105<br>Fax: 575-391-0446 | TRADE PAYABLE | ☐ C<br>☐ U<br>☐ D | | | $49,500.00 |
| 20 | KILL I T SERVICES LLC<br>PO BOX 482<br>LOVINGTON NM 88260 | LYNN GARAY<br>Tel: 575-441-5974 | TRADE PAYABLE | ☐ C<br>☐ U<br>☐ D | | | $46,736.59 |

Official Form 204     **Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 30 Largest Unsecured Claims**     Page 2

Debtor **Remnant Oil Company, LLC and Remnant Oil Operating, LLC**  Case number *(if known)* **19-_____**

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent unliqui- dated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 21 | STANDARD ENERGY SERVICES PO BOX 2724 LUBBOCK TX 79408-2724 | PIETER BERGSTEIN, PRESIDENT Tel: 806-741-1080 Fax: 806-741-1301 | TRADE PAYABLE | ☐ C ☐ U ☐ D | | | $45,833.34 |
| 22 | CRAIN HOT OIL SERVICE LLC DRAWER 2145 TROY MI 48007 | Tel: 575-396-6543 Fax: 575-396-9700 | TRADE PAYABLE | ☐ C ☐ U ☐ D | | | $43,593.85 |
| 23 | PERK-ROC, INC. dba STEVENSON-ROACH PO BOX 157 ARTESIA NM 88211 | Tel: 505-746-3222 Fax: 505-746-9556 | TRADE PAYABLE | ☐ C ☐ U ☐ D | | | $37,500.00 |
| 24 | 50-50 BACKHOE SERVICES LLC PO BOX 375 ARTESIA NM 88211-0375 | GLENN KAISER Tel: 575-748-5549 | TRADE PAYABLE | ☐ C ☐ U ☐ D | | | $35,423.99 |
| 25 | PCS FERGUSON INC PO BOX 732131 DALLAS TX 75373-2131 | | TRADE PAYABLE | ☐ C ☐ U ☐ D | | | $31,735.26 |
| 26 | BRIGADE SERVICES LLC 4615 DEVARGAS ST HOBBS NM 88242 | Tel: 575-602-3730 Fax: 575-492-7714 | TRADE PAYABLE | ☐ C ☐ U ☐ D | | | $31,448.31 |
| 27 | BRIDGE CAPITAL CORP. 2365 RICE BLVD. #201 HOUSTON TX 77005 | Tel: 713-533-9642 | TRADE PAYABLE | ☐ C ☐ U ☐ D | | | $30,605.98 |
| 28 | D & C ELECTRIC LLC 1444 W BROADWAY ST HOBBS NM 88240 | Tel: 572-492-0044 Fax: 572-492-0045 | TRADE PAYABLE | ☐ C ☐ U ☐ D | | | $30,522.87 |
| 29 | KW FUELS INC PO BOX 1288 HOBBS NM 88241 | KEITH PEARSON, OWNER Tel: 575-393-5135 | TRADE PAYABLE | ☐ C ☐ U ☐ D | | | $29,764.07 |
| 30 | LOZOYA'S TRUCKING & OILFIELD SERVICE LLC PO BOX 3229 HOBBS NM 88241-3229 | NORBERTO LOZOYA, PRINCIPAL Tel: 432-295-1385 | TRADE PAYABLE | ☐ C ☐ U ☐ D | | | $26,851.85 |

Official Form 204  **Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 30 Largest Unsecured Claims**  Page 3

## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TEXAS
## SAN ANTONIO DIVISION

| | | |
|---|---|---|
| In re: | § § § | Chapter 11 |
| Remnant Oil Operating, LLC | § § | Case No. 19-_____ |
| Debtor. | § § § | (Joint Administration Requested) |

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case:

| Name and last known address or place of business of holder | Class | Units |
|---|---|---|
| WS Oil and Gas Limited<br>P.O Box 5375<br>Midland, Texas 79704 | Membership Interest | 333 1/3 |
| Gilmore Oil & Gas, LP<br>3410 Bluebird Lane<br>Midland, Texas 79707 | Membership Interest | 333 1/3 |
| RS Resources Limited<br>4512 Cardinal Lane<br>Midland, Texas 79707 | Membership Interest | 333 1/3 |

I, E. Willard Gray II, the Chief Executive Officer of the above-captioned Debtor, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Dated: July 16, 2019

_____
E. Willard Gray II
Chief Executive Officer

17892851.1
233559-10001

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
MIDLAND DIVISION

| | |
|---|---|
| In re: | § |
| | § |
| | § |
| Remnant Oil Operating, LLC | § Case No. 19-_____ |
| | § |
| Debtor. | § Chapter 11 |
| | § |
| | § (Joint Administration Requested) |
| | § |

## CORPORATE OWNERSHIP STATEMENT PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 1007(a)(1) AND 7007.1

Pursuant to Rules 1007(a)(1) and 7007.1 of the Federal Rules of Bankruptcy Procedure, Remnant Oil Operating, LLC, the above-captioned debtor and debtor in possession, (the "**Debtor**") respectfully represents that the following entities directly or indirectly own 10% or more of any class of the Debtor's equity interests:

- WS Oil and Gas Limited ("WS") owns 33 1/3% of the Debtor. In turn, WS is owned 99% by E. Willard Gray II as the limited partner.

- Gilmore Oil & Gas, LP ("**Gilmore**") owns 33 1/3% of the Debtor. The two limited partners in Gilmore, Marquis Reed Gilmore and LuAnn Nadine Gilmore, each own 49.5% of Gilmore.

- RS Resources Limited ("**RS**") owns 33 1/3% of the Debtor. The two limited partners in RS, Roxie Stitzel and Robert Stitzel, each own 49.5% of RS.

I, E. Willard Gray II, the Manager of the above-captioned Debtor, declare under penalty of perjury that I have read the foregoing *Corporate Ownership Statement Pursuant to Federal Rule of Bankruptcy Procedure 1007(a) and 7007.1* and that it is true and correct to the best of my information and belief.

17892893.1
233559-10001

Dated: July 16, 2019

_____
E. Willard Gray II
Manager