US Bankruptcy Court-
Chapter 11  Case No: 19-70106
Debtor: REMNANT OIL COMPANY, LLC

REGISTER OF CLAIMS
AS OF 5/27/2020
--- ALPHA ORDER ---

Page # : 1
Donlin, Recano & Company, Inc.
Report : Claims Register
Time: 5/27/2020 1:12:37 PM

| Case No. | Claim # | Claimant Name & Address | Claim Amount | Class | Date Filed/ Docketed | Docket No. | Comments | Transfer Docket No. |
|---|---|---|---|---|---|---|---|---|
| 19-70107 | 107.00 | 3-2-1 PARTNERS LTD THOMAS HOWELLS 9706 S RUSKIN CIR SANDY, UT 84092 | 532,581.30 | S | 12/2/2019 | | | |
| 19-70106 | 114.00 | 3-2-1 PARTNERS LTD THOMAS HOWELLS 9706 S RUSKIN CIR SANDY, UT 84092 | 532,581.30 | S | 12/3/2019 | | SCHED AGAINST DTR 07 | |
| 19-70106 | 12.00 | ALEXANDER, JUSTIN 104 ENTERPRISE RD LOVINGTON, NM 88260 | 21,600.00 | U | 8/15/2019 | | | |
| 19-70106 | 99.00 | ALLIANCE WELL SVC LLC PO BOX 1807 ARTESIA, NM 88211 | 177,693.54 | U | 12/2/2019 | | | |
| 19-70107 | 108.00 | ALLIANCE WELL SVC LLC PO BOX 1807 ARTESIA, NM 88211 | 177,693.54 | U | 12/2/2019 | | | |
| 19-70106 | 73.00 | ARENA ENERGY LLC JAIME CASTILLO 9711 N PLAINFIELD DR HOBBS, NM 88240 | 112,267.28 | U | 11/7/2019 | | SCHED AGAINST DTR 07 | |
| 19-70106 | 98.01 | ARTS HOT OIL SVC LLC ARTURO CARRASCO PO BOX 188 LOVINGTON, NM 88260-0188 | 108,360.64 | S | 12/2/2019 | | | |
| 19-70106 | 98.02 | ARTS HOT OIL SVC LLC ARTURO CARRASCO PO BOX 188 LOVINGTON, NM 88260-0188 | 57,842.83 | U | 12/2/2019 | | | |
| 19-70107 | 110.01 | ARTS HOT OIL SVC LLC ARTURO CARRASCO PO BOX 188 LOVINGTON, NM 88260-0188 | 108,360.64 | S | 12/2/2019 | | SCHED AS CONTINGENT, UNLIQUIDATED, DISPUTED FOR $407.55, $2391.67, $305.66, $1233.38, $981.34, $777.56, $3968.25, $509.44 | |
| 19-70107 | 110.02 | ARTS HOT OIL SVC LLC ARTURO CARRASCO PO BOX 188 LOVINGTON, NM 88260-0188 | 57,842.83 | U | 12/2/2019 | | | |
| 19-70107 | 90.00 | BAKER HUGHES OILFIELD OPERATIONS LLC SNOW SPENCE GREEN LLP PHIL F SNOW 2929 ALLEN PKWY STE 2800 HOUSTON, TX 77019 | 135,000.00 | S | 11/27/2019 | | | |
| 19-70107 | 89.01 | BAKER PETROLITE LLC SNOW SPENCE GREEN LLP PHIL F SNOW 2929 ALLEN PKWY STE 2800 HOUSTON, TX 77019 | 293,572.27 | S | 11/27/2019 | | | |

US Bankruptcy Court-
Chapter 11  Case No: 19-70106
Debtor: REMNANT OIL COMPANY, LLC

REGISTER OF CLAIMS
AS OF 5/27/2020
---ALPHA ORDER ---

Page # : 2
Donlin, Recano & Company, Inc.
Report : Claims Register
Time: 5/27/2020 1:12:37 PM

| Case No. | Claim # | Claimant Name & Address | Claim Amount | Class | Date Filed/ Docketed | Docket No. | Comments | Transfer Docket No. |
|---|---|---|---|---|---|---|---|---|
| 19-70107 | 89.02 | BAKER PETROLITE LLC SNOW SPENCE GREEN LLP PHIL F SNOW 2929 ALLEN PKWY STE 2800 HOUSTON, TX 77019 | 10,500.97 | U | 11/27/2019 | | | |
| 19-70107 | 104.00 | BEAVERS, JUDITH ANN PO BOX 882 RUIDOSO DOWNS, NM 88346-0882 | 598.22 | U | 12/2/2019 | | SCHED AGAINST DTR 06 | |
| 19-70106 | 84.00 | BENS OILFIELD SVC CRENSHAW DUPREE & MILAM LLP 4411 98TH ST STE 400 LUBBOCK, TX 79424 | 53,846.88 | S | 11/26/2019 | | | |
| 19-70106 | 78.00 | BEVERLY SCHMIDT COUZZOURT IRREVOCABLE TRUST AMARILLO NATIONAL BANK TTEE PO BOX 1 AMARILLO, TX 79105-0001 | 0.00 | S | 11/15/2019 | | | |
| 19-70106 | 26.00 | BO MONK PIPE TESTING CO INC JUDY PENNELL PO BOX 1767 HOBBS, NM 88241-1767 | 2,064.26 | U | 7/25/2019 | | SCHED AGAINST DTR 07 | |
| 19-70106 | 77.00 | BRASHER, JAMES E 2640 PITTSBURGH ST HOUSTON, TX 77005 | 0.00 | U | 11/14/2019 | | CREDITOR INDICATES AMOUNT UNKNOWN | |
| 19-70106 | 103.00 | BRIDGE CAPITAL CORP ERICH MUNDINGER 2365 RICE BLVD SUITE 201 HOUSTON, TX 77005 | 220,605.00 | U | 12/2/2019 | | SCHED AGAINST DTR 07 | |
| 19-70106 | 57.00 | BRUNSON CHANDLER AND JONES PLLC 175 S MAIN ST STE 1410 SALT LAKE CITY, UT 84111 | 8,641.43 | U | 10/10/2019 | | SCHED AGAINST DTR 07 | |
| 19-70106 | 34.00 | CAPROCK AIR CONDITIONING AND HEATING INC PENNY SPENCER PO BOX 281 HOBBS, NM 88241 | 10,782.40 | U | 8/28/2019 | | SCHED AGAINST DTR 07 CREDITOR ALSO INDICATES REMNANT OIL OPERATING LLC AS DEBTOR | |
| 19-70106 | 85.00 | CARGILL INC WINSTEAD PC SEAN B DAVIS 600 TRAVIS ST #5200 HOUSTON, TX 77002 | 3,769,596.26 | U | 11/25/2019 | | SCHED CUD AS SECURED | |
| 19-70106 | 79.00 | CATHERINE CLAIR COUZZOURT IRREV TRUST AMARILLO NATIONAL BANK TTEE OIL AND GAS DEPT PO BOX 1 AMARILLO, TX 79105-0001 | 0.00 | S | 11/15/2019 | | SCHED AS UNSECURED | |

US Bankruptcy Court-
Chapter 11  Case No: 19-70106
Debtor: REMNANT OIL COMPANY, LLC

REGISTER OF CLAIMS
AS OF 5/27/2020
---ALPHA ORDER ---

Page # : 3
Donlin, Recano & Company, Inc.
Report : Claims Register
Time: 5/27/2020 1:12:37 PM

| Case No. | Claim # | Claimant Name & Address | Claim Amount | Class | Date Filed/ Docketed | Docket No. | Comments | Transfer Docket No. |
|---|---|---|---|---|---|---|---|---|
| 19-70107 | 87.00 | CENTRAL VALLEY ELECTRIC COOPERATIVE INC<br>PO BOX 230<br>710 W CASTLEBERRY RD<br>ARTESIA, NM 88211-0230 | 30,509.60 | U | 11/26/2019 | | | |
| 19-70106 | 101.00 | COATS PUMP AND SUPPLY INC<br>PO BOX 1210<br>DEXTER, NM 88230-1210 | 43,318.27 | U | 12/2/2019 | | SCHED AGAINST DTR 07 | |
| 19-70106 | 10.00 | D AND L METERS AND INSTRUMENT SVC INC<br>PO BOX 1621<br>LOVINGTON, NM 88260 | 1,308.45 | U | 8/12/2019 | | | |
| 19-70107 | 18.00 | DANNY'S HOT OIL SVC INC<br>PO BOX 682<br>TATUM, NM 88267-0682 | 876.93 | U | 8/12/2019 | | | |
| 19-70106 | 45.00 | EQUISOLVE INC<br>GERALD KIEFT<br>2455 E SUNRISE BLVD #1201<br>FT. LAUDERDALE, FL 33304 | 2,500.00 | U | 9/24/2019 | | SCHED AGAINST DTR 07 | |
| 19-70106 | 96.00 | FIRSTCAPITAL BANK OF TEXAS NA<br>JOHN MASSOUH<br>SPROUSE SHRADER SMITH PLLC<br>701 S TAYLOR STE 500<br>AMARILLO, TX 79101 | 2,813,502.20 | S | 12/2/2019 | | SCHED AS CONTINGENT, UNLIQUIDATED, DISPUTED | |
| 19-70107 | 7.00 | GANDY CORP<br>LARRY D GANDY<br>PO BOX 2140<br>LOVINGTON, NM 88260-2140 | 15,529.34 | U | 8/6/2019 | | | |
| 19-70106 | 17.00 | GANDY MARLEY INC<br>PO BOX 1658<br>ROSWELL, NM 88202 | 21,222.41 | U | 8/15/2019 | | SCHED AGAINST DTR 07 | |
| 19-70107 | 75.00 | GLOBAL PERSONNEL INC<br>LEE ANN CODY<br>3300 N A ST<br>BLD 8150<br>MIDLAND, TX 79705 | 1,017.60 | U | 11/13/2019 | | | |
| 19-70106 | 44.00 | GREGORY, PERRY GLYNN<br>601 HALL DR<br>ROSWELL, NM 88001 | 0.00 | P | 9/24/2019 | | DEBTOR NOT INDICATED | |
| 19-70106 | 4.00 | H A NEAL INC<br>HOWARD A NEAL<br>526 E FM 120 STE 3<br>POTTSBORO, TX 75076 | 1,600.00 | U | 8/5/2019 | | SCHED AGAINST DTR 07 | |
| 19-70106 | 53.00 | HALL, JEANNELL ELAINE<br>2434 FIR<br>PAMPA, TX 79065 | 0.00 | P | 9/30/2019 | | SCHED AS UNSECURED DEBTOR IS NOT INDICATED | |
| 19-70106 | 1.00 | HAZ WELL FLOWING LLC<br>MARGARITO ALVARADO<br>1523 S 1ST ST<br>ARTESIA, NM 88210 | 4,481.62 | U | 8/2/2019 | | SCHED AGAINST DTR 07 | |

US Bankruptcy Court-
Chapter 11  Case No: 19-70106
Debtor: REMNANT OIL COMPANY, LLC

REGISTER OF CLAIMS
AS OF 5/27/2020
---ALPHA ORDER ---

Page # : 4
Donlin, Recano & Company, Inc.
Report : Claims Register
Time: 5/27/2020 1:12:37 PM

| Case No. | Claim # | Claimant Name & Address | Claim Amount | Class | Date Filed/ Docketed | Docket No. | Comments | Transfer Docket No. |
|---|---|---|---|---|---|---|---|---|
| 19-70106 | 38.00 | HELEN L JOHNSTON REV TST<br>MARY JO WOODRING<br>880 COUNTRY PL RD<br>PAHRUMP, NV 89060 | 0.00 | U | 9/16/2019 | | CREDITOR ALSO INDICATES REMNANT OIL OPERATING LLC AS DEBTOR<br>CREDITOR INDICATES AMOUNT UNKNOWN | |
| 19-70106 | 95.00 | HIRTH, J BRITT<br>2606 MAXWELL DR<br>MIDLAND, TX 79705 | 19,012.00 | U | 11/29/2019 | | SCHED AGAINST DTR 07<br>CREDITOR ALSO INDICATES REMNANT OIL OPERATING LLC AS DEBTOR | |
| 19-70107 | 6.00 | HOBBS ANCHOR INC<br>MICHAEL L ROBERSON<br>PO BOX 1227<br>HOBBS, NM 88241 | 2,124.47 | U | 8/5/2019 | | | |
| 19-70107 | 28.00 | IHS MARKIT<br>CO SZABO ASSOCIATES INC<br>3355 LENOX RD NE STE 945<br>ATLANTA, GA 30326 | 26,884.25 | U | 7/24/2019 | | | |
| 19-70107 | 29.00 | INNOVEX DOWNHOLE SOLUTIONS INC<br>JOHN KINCHEN AND ROBERT LEMUS<br>HUGHES ARRELL KINCHEN LLP<br>1221 MCKINNEY ST STE 3150<br>HOUSTON, TX 77010 | 33,181.69 | U | 7/25/2019 | | | |
| 19-70106 | 27.00 | IRS- DEPT OF THE TREASURY<br>INTERNAL REVENUE SERVICE<br>PO BOX 7346<br>PHILADELPHIA, PA 19101-7346 | 100.00 | U | 7/30/2019 | | | |
| 19-70107 | 31.00 | IRS- DEPT OF THE TREASURY<br>INTERNAL REVENUE SERVICE<br>PO BOX 7346<br>PHILADELPHIA, PA 19101-7346 | 100.00 | U | 8/1/2019 | | | |
| 19-70106 | 52.00 | IRS- DEPT OF THE TREASURY<br>INTERNAL REVENUE SERVICE<br>PO BOX 7346<br>PHILADELPHIA, PA 19101-7346 | 0.00 | U | 9/30/2019 | | | |
| 19-70107 | 116.00 | IRS- DEPT OF THE TREASURY<br>INTERNAL REVENUE SERVICE<br>PO BOX 7346<br>PHILADELPHIA, PA 14910-7346 | 0.00 | U | 1/3/2020 | | | |
| 19-70106 | 40.00 | JOHNSON, ROSE ALICE<br>405 E HERMOSA DR<br>ROSWELL, NM 88201 | 0.00 | U | 9/17/2019 | | CREDITOR INDICATES AMOUNT UNKNOWN | |
| 19-70106 | 94.00 | KIRBY MINERALS LC<br>MAP ENERGY<br>SHANNON MADOLE<br>101 N ROBINSON STE 1000<br>OKLAHOMA CITY, OK 73102 | 0.00 | U | 11/29/2019 | | CREDITOR INDICATES AMOUNT UNKNOWN<br>CREDITOR ALSO INDICATES REMNANT OIL OPERATING LLC AS DEBTOR | |
| 19-70106 | 83.00 | KODIAK GAS SVCS LLC<br>KYLE BOUDOUSQUIE<br>15320 HIGHWAY 105W<br>STE 210<br>MONTGOMERY, TX 77356 | 3,300,000.00 | U | 11/26/2019 | | | |

US Bankruptcy Court-
Chapter 11  Case No: 19-70106
Debtor: REMNANT OIL COMPANY, LLC

REGISTER OF CLAIMS
AS OF 5/27/2020
---ALPHA ORDER ---

Page # : 5
Donlin, Recano & Company, Inc.
Report : Claims Register
Time: 5/27/2020 1:12:38 PM

| Case No. | Claim # | Claimant Name & Address | Claim Amount | Class | Date Filed/ Docketed | Docket No. | Comments | Transfer Docket No. |
|---|---|---|---|---|---|---|---|---|
| 19-70107 | 88.00 | KODIAK GAS SVCS LLC KYLE BOUDOUSQUIE 15320 HIGHWAY 105W STE 210 MONTGOMERY, TX 77356 | 3,300,000.00 | U | 11/26/2019 | | | |
| 19-70106 | 16.00 | L AND E SVC LLC PO BOX 850 KRAFT LAW LLP PO BOX 850 ROSWELL, NM 88202 | 56,558.23 | U | 8/14/2019 | | SCHED AGAINST DTR 07 | |
| 19-70106 | 33.00 | L AND F OILFIELD SVCS FIDENCIO LUJAN 49 FALCON RD LOVINGTON, NM 88260 | 12,928.17 | U | 8/26/2019 | | SCHED AGAINST DTR 07 DEBTOR NOT INDICATED | |
| 19-70107 | 63.00 | LEA COUNTY PACKER SALES AND RENTALS INC VERA CAPPS PO BOX 2646 HOBBS, NM 88241-2646 | 39,874.57 | U | 10/28/2019 | | | |
| 19-70106 | 70.00 | LEXON INSURANCE CO LOCKE LORD LLP W STEVEN BRYANT 600 CONGRESS AV #2200 AUSTIN, TX 78701 | 721,441.00 | U | 11/5/2019 | | | |
| 19-70107 | 71.00 | LEXON INSURANCE CO HARRIS BEACH PLLC  LEE E WOODARD ESQ 333 WEST WASHINGTON ST STE 200 SYRACUSE, NY 13202 | 721,441.00 | U | 11/5/2019 | | | |
| 19-70107 | 41.00 | LOZOYAS TRUCKING AND OILFIELD SVC LLC JULIAN LOZOYA 405 E MAIN ST HOBBS, NM 88240 | 26,851.85 | U | 9/18/2019 | | | |
| 19-70106 | 35.00 | LUCE, REBA AND JACK HC 12 NBU BOX 334 TATUM, NM 88267 | 2,500.00 | P | 8/27/2019 | | CREDITOR INDICATES $2,500.00/YEAR | |
| 19-70106 | 80.00 | MARGARET FRANCES GRACE COUZZOURT IRREVOCABLE TRUST AMARILLO NATIONAL BANK OIL AND GAS DEPT PO BOX 1 AMARILLO, TX 79105-0001 | 0.00 | S | 11/15/2019 | | SCHED AS UNSECURED | |
| 19-70107 | 76.00 | MARRS WELDING FABRICATION RANDALL MARRS PO BOX 156 LOCO HILLS, NM 88255-0156 | 11,349.86 | U | 11/12/2019 | | | |
| 19-70106 | 43.00 | MARY ALICE JONES 1025 SWAN DR APT 220 BARTLESVILLE, OK 74006 | 0.00 | U | 9/24/2019 | | | |
| 19-70106 | 42.00 | MCCALEB, CARRIE 2103 W BULLCOK ARTESIA, NM 88210 | 0.00 | P | 9/19/2019 | | | |

US Bankruptcy Court-
Chapter 11  Case No: 19-70106
Debtor: REMNANT OIL COMPANY, LLC

REGISTER OF CLAIMS
AS OF 5/27/2020
---ALPHA ORDER ---

Page # : 6
Donlin, Recano & Company, Inc.
Report : Claims Register
Time: 5/27/2020 1:12:38 PM

| Case No. | Claim # | Claimant Name & Address | Claim Amount | Class | Date Filed/ Docketed | Docket No. | Comments | Transfer Docket No. |
|---|---|---|---|---|---|---|---|---|
| 19-70106 | 92.00 | MCDANIEL OIL CORP AKA MCDANIEL PARTNERS LTD HUGH W FERGUSON III 8100 LOMO ALTO STE 212 DALLAS, TX 75225 | 1.00 | U | 11/27/2019 | | CREDITOR INDICATES AMOUNT UNKNOWN AT THIS TIME | |
| 19-70106 | 82.01 | MESA WELL SERVICING LP DORE ROTHBERG MCKAY PC 17171 PARK ROW STE 160 HOUSTON, TX 77084 | 131,359.90 | S | 11/21/2019 | | | |
| 19-70106 | 82.02 | MESA WELL SERVICING LP DORE ROTHBERG MCKAY PC 17171 PARK ROW STE 160 HOUSTON, TX 77084 | 33,720.43 | U | 11/21/2019 | | | |
| 19-70106 | 100.00 | MODRALL SPERLING LAW FIRM SPENCER L EDELMAN PO BOX 2168 1530 RANCHO GUADALUPE TRL NW ALBUQUERQUE, NM 87103 | 64,202.91 | U | 12/2/2019 | | SCHED AGAINST DTR 07 | |
| 19-70106 | 111.00 | MORGAN, JONATHAN LEWIS 722 GARDEN OAKS BLVD HOUSTON, TX 77018 | 0.00 | U | 12/2/2019 | | DEBTOR NOT INDICATED | |
| 19-70106 | 50.00 | MOTLEY SVC LLC AKA KLX ENERGY SERVICES LLC KOZYAK TROPIN TROCKMORTON 2525 PONCE DE LEON 9TH FL MIAMI, FL 33134 | 304,100.39 | S | 9/27/2019 | | | |
| 19-70107 | 51.00 | MOTLEY SVC LLC AKA KLX ENERGY SERVICES LLC KOZYAK TROPIN TROCKMORTON 2525 PONCE DE LEON 9TH FL MIAMI, FL 33134 | 304,100.39 | U | 9/27/2019 | | | |
| 19-70106 | 112.00 | NM- CHAVES COUNTY TREASURER ORALIA TORRES PO BOX 1772 ROSWELL, NM 88202-1772 | 2,131.40 | P | 12/6/2019 | | SCHED AS CONTINGENT, UNLIQUIDATED, DISPUTED CREDITOR ALSO INDICATES UNSECURED | |
| 19-70107 | 47.00 | NM OIL CONSERVATION DIVISION ENERGY MINERALS AND NATURAL RESOURCES DEPT 1220 SOUTH ST FRANCIS DR SANTA FE, NM 87505 | 234,650.00 | S | 9/24/2019 | | CREDITOR ALSO INDICATES AMOUNT OF $269,421.00 | |
| 19-70107 | 8.01 | NM- TAXATION AND REVENUE DEPT LISA ELA PO BOX 8575 ALBUQUERQUE, NM 87198-8575 | 15,953.69 | S | 8/12/2019 | | | |
| 19-70107 | 8.02 | NM- TAXATION AND REVENUE DEPT LISA ELA PO BOX 8575 ALBUQUERQUE, NM 87198-8575 | 26,697.59 | P | 8/12/2019 | | | |
| 19-70107 | 8.03 | NM- TAXATION AND REVENUE DEPT LISA ELA PO BOX 8575 ALBUQUERQUE, NM 87198-8575 | 29,210.89 | U | 8/12/2019 | | | |

US Bankruptcy Court-
Chapter 11  Case No: 19-70106
Debtor: REMNANT OIL COMPANY, LLC

REGISTER OF CLAIMS
AS OF 5/27/2020
---ALPHA ORDER ---

Page # : 7
Donlin, Recano & Company, Inc.
Report : Claims Register
Time: 5/27/2020 1:12:38 PM

| Case No. | Claim # | Claimant Name & Address | Claim Amount | Class | Date Filed/ Docketed | Docket No. | Comments | Transfer Docket No. |
|---|---|---|---|---|---|---|---|---|
| 19-70107 | 93.01 | NM- TAXATION AND REVENUE DEPT LISA ELA PO BOX 8575 ALBUQUERQUE, NM 87198-8575 | 15,953.69 | S | 11/27/2019 | | | |
| 19-70107 | 93.02 | NM- TAXATION AND REVENUE DEPT LISA ELA PO BOX 8575 ALBUQUERQUE, NM 87198-8575 | 22,010.42 | P | 11/27/2019 | | | |
| 19-70107 | 93.03 | NM- TAXATION AND REVENUE DEPT LISA ELA PO BOX 8575 ALBUQUERQUE, NM 87198-8575 | 24,518.72 | U | 11/27/2019 | | | |
| 19-70107 | 120.01 | NM- TAXATION AND REVENUE DEPT LISA ELA PO BOX 8575 ALBUQUERQUE, NM 87198-8575 | 15,953.69 | S | 3/10/2020 | | | |
| 19-70107 | 120.02 | NM- TAXATION AND REVENUE DEPT LISA ELA PO BOX 8575 ALBUQUERQUE, NM 87198-8575 | 22,010.42 | P | 3/10/2020 | | | |
| 19-70107 | 120.03 | NM- TAXATION AND REVENUE DEPT LISA ELA PO BOX 8575 ALBUQUERQUE, NM 87198-8575 | 2,491.93 | U | 3/10/2020 | | | |
| 19-70106 | 97.00 | ONOS SANDBLASTING AND PAINTING LLC PO BOX 3790 HOBBS, NM 88241-3790 | 97,440.00 | U | 12/2/2019 | | SCHED AS CUD AGAINST DTR 07 | |
| 19-70106 | 58.00 | PATTY BOATENHAMER 1604 W RAY ARTESIA, NM 88210 | 0.00 | P | 10/3/2019 | | CREDITOR ALSO INDICATES REMNANT OIL OPERATING LLC AS DEBTOR CREDITOR INDICATES AMOUNT NOT KNOWN | |
| 19-70106 | 15.00 | PERMIAN CONTROLS LLC PO BOX 25002 DALLAS, TX 75225 | 23,628.36 | U | 8/14/2019 | | SCHED AGAINST DTR 07 | |
| 19-70107 | 30.00 | PINNACLE PROPANE 1612 GDN CITY HWY MIDLAND, TX 79701 | 8,334.35 | U | 8/7/2019 | | | |
| 19-70106 | 11.00 | PRECISION PUMP AND SUPPLY ROBERT DENNIS OWNER PO BOX 115 LOCO HILLS, NM 88255 | 292,432.09 | U | 8/15/2019 | | | |
| 19-70107 | 105.00 | PRECISION PUMP AND SUPPLY ROBERT DENNIS OWNER PO BOX 115 LOCO HILLS, NM 88255 | 372,098.01 | U | 12/2/2019 | | | |
| 19-70106 | 49.00 | Q2 ARTIFICAL LIFT SVC NM LLC DAVID ANCELL 11353 LOVINGTON HWY ARTESIA, NM 88210 | 31,365.89 | U | 9/27/2019 | | SCHED AGAINST DTR 07 | |

US Bankruptcy Court-
Chapter 11  Case No: 19-70106
Debtor: REMNANT OIL COMPANY, LLC

REGISTER OF CLAIMS
AS OF 5/27/2020
---ALPHA ORDER ---

Page # : 8
Donlin, Recano & Company, Inc.
Report : Claims Register
Time: 5/27/2020 1:12:38 PM

| Case No. | Claim # | Claimant Name & Address | Claim Amount | Class | Date Filed/ Docketed | Docket No. | Comments | Transfer Docket No. |
|---|---|---|---|---|---|---|---|---|
| 19-70107 | 109.00 | R AND H RENTALS LLC<br>512 W TEXAS AVE<br>ARTESIA, NM 88210 | 20,770.51 | U | 12/2/2019 | | | |
| 19-70106 | 102.00 | RELIABLE WELL SVC INC<br>DAVID BARRETT PRESIDENT<br>512 W TEXAS<br>ARTESIA, NM 88210 | 293,499.83 | U | 12/2/2019 | | | |
| 19-70106 | 65.00 | REMNANT OIL OPERATING LLC<br>A/K/A ZAC ZIMMERMAN<br>PO BOX 397<br>LOVINGTON, NM 88260 | 95,175.25 | U | 10/30/2019 | | | |
| 19-70107 | 67.00 | REMNANT OIL OPERATING LLC<br>A/K/A ZAC ZIMMERMAN<br>PO BOX 397<br>LOVINGTON, NM 88260 | 95,175.25 | U | 10/30/2019 | | | |
| 19-70107 | 69.00 | REMNANT OIL OPERATING LLC<br>6 DESTA DR STE 5100<br>MIDLAND, TX 79705 | 0.00 | U | 10/30/2019 | | | |
| 19-70106 | 13.00 | RENDALL SIKES PLLC<br>5310 HARVEST HILL RD #260<br>DALLAS, TX 75230 | 8,740.00 | U | 8/6/2019 | | | |
| 19-70106 | 14.00 | RENDALL SIKES PLLC<br>5310 HARVEST HILL RD #260<br>DALLAS, TX 75230 | 8,740.00 | U | 8/15/2019 | | SCHED AGAINST DTR 07 | |
| 19-70106 | 56.00 | RICHARDSON, TAMMY JO<br>609 N GRAY<br>PAMPA, TX 79065 | 0.00 | P | 9/30/2019 | | SCHED AS UNSECURED DEBTOR IS NOT INDICATED | |
| 19-70106 | 55.00 | RICHARDSON, WILMA LORENE<br>705 DEANE DR<br>PAMPA, TX 79065 | 0.00 | P | 9/30/2019 | | SCHED AS UNSECURED DEBTOR IS NOT INDICATED | |
| 19-70107 | 106.00 | RICKS WELL SVC LLC<br>MARK SCHUCK<br>700 LOUISIANA ST<br>SUITE 4800<br>HOUSTON, TX 77002 | 95,695.51 | S | 12/2/2019 | | | |
| 19-70107 | 119.00 | RICKS WELL SVC LLC<br>MARK SCHUCK<br>700 LOUISIANA ST<br>SUITE 4800<br>HOUSTON, TX 77002 | 95,695.51 | S | 2/26/2020 | | | |
| 19-70106 | 9.00 | RT TRUCKING LLC<br>GUADALUPITA TRJILLO<br>PO BOX 133<br>LOCO HILLS, NM 88255-0133 | 1,765.39 | U | 8/12/2019 | | SCHED AGAINST DTR 07 | |
| 19-70106 | 39.00 | RUSSELL K HALL AND ASSOCIATES INC<br>SUSAN HALL<br>PO BOX 80925<br>MIDLAND, TX 79708 | 9,566.00 | U | 8/29/2019 | | SCHED AS UNSECURED | |

US Bankruptcy Court-
Chapter 11  Case No: 19-70106
Debtor: REMNANT OIL COMPANY, LLC

REGISTER OF CLAIMS
AS OF 5/27/2020
---ALPHA ORDER ---

Page # : 9
Donlin, Recano & Company, Inc.
Report : Claims Register
Time: 5/27/2020 1:12:38 PM

| Case No. | Claim # | Claimant Name & Address | Claim Amount | Class | Date Filed/ Docketed | Docket No. | Comments | Transfer Docket No. |
|----------|---------|-------------------------|--------------|-------|----------------------|------------|----------|---------------------|
| 19-70106 | 48.00 | SEELY, CLYDE<br>MARY R SEELY<br>293 TUMBLEWEED RD<br>ROSWELL, NM 88203 | 0.00 | U | 9/25/2019 | | DEBTOR NOT INDICATED<br>CREDITOR INDICATES AMOUNT UNKNOWN | |
| 19-70106 | 61.00 | SERVICE COMPRESSION<br>301 CUMMINGS AVE<br>POCOLA, OK 74902 | 11,921.95 | U | 10/18/2019 | | | |
| 19-70106 | 59.00 | SHORT 2008 TRUST DTD 12/8/08<br>WILLIAM H SHORT III AND<br>PATRICIA D SHORT TTEES<br>3767 PRAIRIE DUNES DR<br>SARASOTA, FL 34238 | 0.00 | U | 10/16/2019 | | CREDITOR ALSO INDICATES REMNANT OIL OPERATING LLC AS DEBTOR<br>CREDITOR INDICATES AMOUNT UNKNOWN | |
| 19-70106 | 3.00 | SOUTHWEST TRANSPORTATION LLC<br>MARGARITO ALVARADO<br>1523 SOUTH 1ST ST<br>ARTESIA, NM 88210 | 9,299.65 | U | 8/2/2019 | | | |
| 19-70106 | 23.00 | STANDARD E AND S LLC<br>MARK DALISE<br>PO BOX 2724<br>LUBBOCK, TX 79408-2724 | 41,666.60 | U | 8/6/2019 | | SCHED CUD AGAINST DTR 07 | |
| 19-70107 | 2.00 | STOKER OILFIELD SVC LTD<br>CARIE A STOKER<br>PO BOX 7537<br>MIDLAND, TX 79708-7537 | 11,610.00 | U | 8/2/2019 | | | |
| 19-70106 | 64.00 | STRATEGY OILFIELD SVC INC<br>204 N WALNUT ST<br>MUENSTER, TX 76252 | 18,861.01 | U | 10/29/2019 | | SETTLEMENT AGREEMENT | |
| 19-70107 | 66.00 | STRATEGY OILFIELD SVC INC<br>204 N WALNUT ST<br>MUENSTER, TX 76252 | 18,861.01 | U | 10/29/2019 | | SETTLEMENT AGREEMENT | |
| 19-70107 | 5.00 | SUPPLY STORE INC, THE<br>RENE HOPE<br>PO BOX 4<br>LOCO HILLS, NM 88255 | 5,930.23 | U | 8/5/2019 | | CREDITOR ALSO INDICATES REMNANT OIL CO LLC AS DEBTOR | |
| 19-70107 | 19.00 | T HILL PRODUCTION SVC INC<br>SHARON CAMPBELL<br>PO BOX 424<br>BIG LAKE, TX 76932-0424 | 1,434.88 | U | 8/19/2019 | | | |
| 19-70106 | 62.01 | TESSCO ENERGY SVC INC<br>PO BOX 1999<br>MIDLAND, TX 79702-1999 | 36,840.39 | S | 10/24/2019 | | CREDITOR ALSO INDICATES REMNANT OIL OPERATING LLC AS DEBTOR | |
| 19-70106 | 62.02 | TESSCO ENERGY SVC INC<br>PO BOX 1999<br>MIDLAND, TX 79702-1999 | 2,901.44 | U | 10/24/2019 | | CREDITOR ALSO INDICATES REMNANT OIL OPERATING LLC AS DEBTOR | |

US Bankruptcy Court-
Chapter 11 Case No: 19-70106
Debtor: REMNANT OIL COMPANY, LLC

REGISTER OF CLAIMS
AS OF 5/27/2020
---ALPHA ORDER ---

Page # : 10
Donlin, Recano & Company, Inc.
Report : Claims Register
Time: 5/27/2020 1:12:38 PM

| Case No. | Claim # | Claimant Name & Address | Claim Amount | Class | Date Filed/ Docketed | Docket No. | Comments | Transfer Docket No. |
|---|---|---|---|---|---|---|---|---|
| 19-70107 | 72.00 | TRANS TEX CEMENTING SVC LLC<br>MICHAEL T MORGAN<br>400 W ILLINOIS STE 120<br>MIDLAND, TX 79701 | 23,866.55 | U | 11/5/2019 | | | |
| 19-70106 | 20.01 | TRC MASTER FUND LLC/ BORDAYOS TRUCKING<br>TRANSFEROR: BORDAYOS TRUCKING<br>PO BOX 633<br>WOODMERE, NY 11598 | 50,000.00 | U | 8/22/2019 | | TRANSFEROR: BORDAYOS TRUCKING 1/16/20<br>SCHED AGAINST DTR 07 | DKT #271 DTD |
| 19-70107 | 68.00 | TRIPLE S ELECTRIC INC<br>NEAL SMITH OWNER<br>PO BOX 1333<br>HOBBS, NM 88241 | 24,252.39 | U | 10/30/2019 | | | |
| 19-70106 | 46.00 | TULK, SHANNON MARIE<br>2205 W BRISCOE<br>ARTESIA, NM 88210 | 0.00 | P | 9/23/2019 | | | |
| 19-70106 | 37.00 | TULK, W M<br>105 BEAULIEU CT<br>MAUMELLE, AR 72113 | 0.00 | U | 9/13/2019 | | | |
| 19-70106 | 22.00 | TWIN STARS COMPRESSION LLC<br>100 IOWA AVE<br>BLOOMFIELD, NM 87413 | 150,716.05 | U | 8/5/2019 | | SCHED AGAINST DTR 07 | |
| 19-70106 | 25.00 | TX- MIDLAND CAD<br>MCCREARY VESELKA BRAGG & ALLEN PC<br>TARA LEDAY<br>PO BOX 1269<br>ROUND ROCK, TX 78680 | 245.59 | S | 7/18/2019 | | | |
| 19-70106 | 115.00 | TX- MIDLAND CAD<br>MCCREARY VESELKA BRAGG & ALLEN PC<br>TARA LEDAY<br>PO BOX 1269<br>ROUND ROCK, TX 78680 | 18.79 | S | 1/3/2020 | | | |
| 19-70106 | 117.00 | TX- MIDLAND CAD<br>MCCREARY VESELKA BRAGG & ALLEN PC<br>TARA LEDAY<br>PO BOX 1269<br>ROUND ROCK, TX 78680 | 19.75 | A | 1/6/2020 | | CREDITOR ALSO INDICATES SECURED | |
| 19-70106 | 24.00 | TX- MIDLAND COUNTY<br>LAURA J MONROE<br>PERDUE BRANDON FIELDER COLLINS AND MOTT LLP<br>PO BOX 817<br>LUBBOCK, TX 79408 | 1.64 | S | 7/17/2019 | | | |
| 19-70106 | 74.00 | TX- MIDLAND COUNTY<br>PERDUE BRANDON FIELDER COLLINS AND MOTT<br>LAURA J MONROE<br>PO BOX 817<br>LUBBOCK, TX 79408 | 1.50 | S | 11/8/2019 | | | |

US Bankruptcy Court-
Chapter 11  Case No: 19-70106
Debtor: REMNANT OIL COMPANY, LLC

REGISTER OF CLAIMS
AS OF 5/27/2020
---ALPHA ORDER ---

Page # : 11
Donlin, Recano & Company, Inc.
Report : Claims Register
Time: 5/27/2020 1:12:38 PM

| Case No. | Claim # | Claimant Name & Address | Claim Amount | Class | Date Filed/ Docketed | Docket No. | Comments | Transfer Docket No. |
|---|---|---|---|---|---|---|---|---|
| | | TX- SCHLEICHER COUNTY APPRAISAL DISTRICT PERDUE BRANDON FIELDER COLLINS AND MOTT LLP LAURA J MONROE PO BOX 817 | | | | | | |
| 19-70106 | 118.00 | LUBBOCK, TX 79408 | 963.27 | P | 1/9/2020 | | | |
| | | US DEPT OF THE INTERIOR BUREAU OF LAND MANAGEMENT BLM NEW MEXICO STATE OFFICE MITCHELL ZEFF 1100 L ST NW RM 7530 | | | | | SCHED AS UNSECURED | |
| 19-70107 | 113.00 | WASHINGTON, DC 20007 | 11,220,701.00 | S | 12/6/2019 | | | |
| | | WILDCAT OIL TOOLS LLC RICK STRANGE 706 N COLORADO | | | | | | |
| 19-70106 | 21.00 | MIDLAND, TX 79701 | 70,902.87 | S | 7/29/2019 | | | |
| | | WILLIAM E WALKER LIVING TRUST WILLIAM E WALKER TRUSTEE 4894 W LONE MOUNTAIN RD APT 101 | | | | | CREDITOR ALSO INDICATES REMNANT OIL OPERATING LLC AS DEBTOR | |
| 19-70106 | 60.00 | LAS VEGAS, NV 89130 | 0.00 | S | 10/15/2019 | | | |
| | | WILLIAM K WARREN FOUNDATION STEPHEN K WARREN PO BOX 470372 | | | | | | |
| 19-70106 | 86.00 | TULSA, OK 74147-0372 | 0.00 | U | 11/26/2019 | | | |
| | | WINBORNE, SUSAN NANETTE 2200 N SUMNER | | | | | SCHED AS UNSECURED DEBTOR IS NOT INDICATED | |
| 19-70106 | 54.00 | PAMPA, TX 79065 | 0.00 | P | 9/30/2019 | | | |
| | | XCEL ENERGY AKA SOUTHWESTERN PUBLIC SERVICE CO BANKRUPTCY DEPT PO BOX 9477 | | | | | | |
| 19-70107 | 32.00 | MINNEAPOLIS, MN 55484-9477 | 29,983.61 | U | 8/26/2019 | | | |
| | | ZENO OFFICE SOLUTIONS BECKY SUE STREUN 5301 W LOOP 250 N | | | | | | |
| 19-70107 | 36.00 | MIDLAND, TX 79707 | 1,300.00 | U | 8/27/2019 | | | |
| | | ZIMMERMAN OIL INC TRAYSA ZIMMERMAN PO BOX 397 | | | | | | |
| 19-70107 | 81.00 | LOVINGTON, NM 88260 | 95,175.25 | U | 11/18/2019 | | | |
| | | ZIMMERMAN OIL INC TRAYSA ZIMMERMAN PO BOX 397 | | | | | | |
| 19-70107 | 91.00 | LOVINGTON, NM 88260 | 95,175.25 | U | 11/26/2019 | | | |

US Bankruptcy Court-
Chapter 11 Case No: 19-70106
Debtor: REMNANT OIL COMPANY, LLC

REGISTER OF CLAIMS
AS OF 5/27/2020
---ALPHA ORDER ---

Page # : 12
Donlin, Recano & Company, Inc.
Report : Claims Register
Time: 5/27/2020 1:12:38 PM

| Case No. | Claim # | Claimant Name & Address | Claim Amount | Class | Date Filed/ Docketed | Docket No. | Comments | Transfer Docket No. |
|---|---|---|---|---|---|---|---|---|

**Summary**

| Classification | Total Claim Amount | Total Number of Claims | Total Number Unliquidated |
|---|---|---|---|
| (S) SECURED CLAIM | 16,815,879.39 | 23 | 4 |
| (U) UNSECURED CLAIM | 15,431,872.94 | 76 | 13 |
| (P) PRIORITY CLAIM | 76,313.10 | 6 | 8 |
| (A) ADMINISTRATIVE CLAIM | 19.75 | 1 | 0 |
| TOTALS | 32,324,085.18 | 106 | 25 |