**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: April 14, 2020**

_____
**TONY M. DAVIS
UNITED STATES BANKRUPTCY JUDGE**
_____

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE WESTERN DISTRICT OF TEXAS
### MIDLAND DIVISION

| | | |
|---|---|---|
| **In re:** | § § | |
| **Remnant Oil Company, LLC and** | § | Case No. 19-70106 |
| **Remnant Oil Operating, LLC,** | § § | Case No. 19-70107 |
| **Debtors.** | § § § § | Chapter 11<br><br>(Jointly Administered) |

## ORDER CONVERTING CASES TO PROCEEDINGS UNDER CHAPTER 7

On April 13, 2020, the Court held a hearing on the Motion to Convert Cases to Chapter 7 filed by Kodiak Gas Services, LLC, Baker Hughes Oilfield Operations, LLC, and Baker Petrolite LLC. For the reasons stated on the record at the hearing, the Court finds that these jointly administered cases should be converted to cases under Chapter 7.

**ACCORDINGLY, IT IS THEREFORE ORDERED** that the above jointly administered cases are converted to cases under Chapter 7.

###