**UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
MIDLAND DIVISION**

| | | |
|---|---|---|
| IN RE: | § | |
| | § | Case No. 19-70106-tmd |
| **Remnant Oil Company, LLC and** | § | Case No. 19-70107-tmd |
| **Remnant Oil Operating, LLC** | § | Chapter 7 |
| | § | |
| | § | (Jointly administered under |
| | § | Case No. 19-70106) |

<u>ORDER GRANTING
MOTION OF RONALD INGALLS, CHAPTER 7 TRUSTEE TO SELL REAL PROPERTY
FREE AND CLEAR OF LIENS, CLAIMS, INTERESTS AND ENCUMBRANCES</u>
**(Oil and Gas Interests)**

CAME ON TO BE HEARD, the Motion of Ronald Ingalls, Chapter 11 Trustee to Sell Real Property Free and Clear of Liens, Claims, Interests and Encumbrances ("*Motion*") pursuant to Section 363(b) and (f) of the Bankruptcy Code. The Court finds that such motion should be GRANTED as provided below.

IT IS THEREFORE ORDERED AS FOLLOWS:

1. The Trustee is hereby authorized to sell the the Caprock Oil and Gas Rights, the Wind Rights, the Water Rights, the First Capital Oil and Gas Rights and the North Square Lake Oil and Gas Rights together with certain associated property (the "Oil and Gas Interests") to Newco Energy Resources, LLC or assigns for $300,000.00 pursuant to the terms of the Asset Purchase Agreement attached to the Motion.

. 2. The Trustee is authorized to execute all sale documents on behalf of the Seller.

3. The sale shall be free and clear of liens, claims, interests and encumbrances, except as provided herein.

4. The following liens shall be paid at closing:

   Liens of ad valorem taxing entities.

5. The sale shall be made subject to the liens securing the First DIP Loan, the Second DIP Loan, the Third DIP Loan, the $757K Note, the First Capital Note and contingent liabilities to the U.S. Department of the Interior and other governmental entities related to owning, operating and plugging the wells.

6. The ad valorem taxes for year 2020 pertaining to the subject property shall be prorated in accordance with the Asset Purchase Agrement and shall become the responsibility of the Purchaser and the year 2020 ad valorem tax liens shall be retained against the subject property until said taxes are paid in full.

6. All other liens, claims, interests and encumbrances will attach to the proceeds from the sale to the same extent, priority and validity as existed on the petition date, provided, however, that such interests shall be junior to Chapter 7 expenses of administration.

7. The Trustee shall file a Report of Sale upon closing.

###

Order Submitted By:

Stephen W. Sather
Barron & Newburger, P.C.
7320 N. MoPac Expwy., Suite 400
Austin, TX 78731